Law Library

IN THE SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
GUAM

2013 APR 19 PM 3: 32

CLERK OF COURT
BY _____

|  |  |
|---|---|
| DARIUS A. RICHARDSON, M.D., | ) DOMESTIC CASE NO. DM361-01 |
| Plaintiff, | ) |
| vs. | ) |
| JEAN LORRAINE RICHARDSON, TICOR TITLE INSURANCE, and BANK OF HAWAII, | ) **DECISION AND ORDER** |
| Defendants. | ) |

This matter came for a hearing on April 17, 2013, before the Honorable Katherine A. Maraman on the following motions: (a) Defendant Jean Richardson's Motion for Clarification, filed January 31, 2013; and (b) Defendant Jean Richardson's Motion for Order to Show Cause, filed March 1, 2013.

It is ORDERED AND ADJUDGED that:

1. With regard to the Motion for Clarification, Father is not obligated to make additional private school tuition payments to Mother because amounts owed for private school tuition are already included in the child support calculation. Further, in addition to Father's current child support obligation, Father is obligated to pay to Mother $148 per month, for the months of May, June and July, to cover medical costs for the two minor children who are presently under Mother's custody; and

2. Mother's Motion for Order to Show Cause is denied.

**SO ORDERED** this 19th day of April, 2013.

HONORABLE KATHERINE A. MARAMAN
Judge, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge that a copy of the Original hereto was placed in the court box of:
_____, Esq.

Date: 4/19/13  Time: 3:35

Deputy Clerk, Superior Court of Guam